USDC SDNY
DOCUMENT
ELECTR...
DOC
11/13/2019

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X
ANDREW MALDONADO,

                Plaintiff,                      19 **CIVIL** 3192 (GBD) (RWL)

-v-                                   **JUDGMENT**

ANDREW M. SAUL,
Commissioner of Social Security,
                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 12, 2019, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
          November 13, 2019

                                                **RUBY J. KRAJICK**
                                                  Clerk of Court
                                      BY:
                                                    Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 11/13/2019